1  John E. Bargero (SBN 236539)
   PO Box 471857
2  San Francisco, California 94123
   (415) 474-9488 (415)474-1806 Fax
3  John@theinventorsadvocate.com

4  Attorney for Sylvia Scott Gibson

5

6

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13

14  SYLVIA SCOTT GIBSON,            Case No. CV 09    1410
15          Plaintiff,          )
            vs.                 )  COMPLAINT FOR:
16  CAFÉPRESS.COM, INC.          )    1. COPYRIGHT INFRINGEMENT
            Defendant           )    2. UNFAIR COMPETITION
17                              )
                                )
18                              )  DEMAND FOR JURY TRIAL
                                )
19                              )
                                )
20  _____)

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

COMPLAINT FOR COPYRIGHT INFRINGEMENT

                            - 1 -

THE PARTIES

1. Plaintiff Sylvia Scott Gibson is a natural person with a residence in Riverside County, California.

2. Defendant CaféPress.com, Inc. is a Delaware Corporation with a principle place of business in San Mateo County, California.

JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over all the Defendants by virtue of their transacting, doing, and soliciting business in this District, and because a substantial part of the relevant events occurred in this District and because a substantial part of the relevant events occurred in this District.

CAUSES OF ACTION

Count I - Copyright Infringement

5. Sylvia Scott Gibson (Plaintiff or Ms. Gibson) is an author of the book with original material entitled: "Latawnya the Naughty Horse Learns to say 'No' to Drugs" (hereinafter "*Latawnya Book*", see Exhibit 1).

6. Ms. Gibson registered and the United States Copyright Office granted, Copyright Registration TX 393-842 for the

COMPLAINT FOR COPYRIGHT INFRINGEMENT

1   *Latawnya Book* (attached as Exhibit 2) with an effective

2   registration date of November 6, 1989. Ms. Gibson is the owner

3   of all rights for *Latawnya* and derivative works thereof.

4       7. The *Latawyna Book* was published in July, 1991 and was

5   commercially sold in book form with both text and illustrations.

6       8. The *Latawyna Book* is a commercially successful

7   publication.

8       9. Cafépress.com, Inc. is a manufacturer of novelty

9   products with offices in San Mateo, California.

10      10. Cafépress.com, Inc. operates a manufacturing facility

11  for these products that is located in Louisville, Kentucky.

12      11. On good faith and belief, the Cafépress.com website

13  allows third parties (hereinafter "Cafépress.com Partners") to

14  create on-line shops.  These on-line shops allow the

15  Cafépress.com Partners to sell goods, such as T-Shirts, Coffee

16  Mugs, and Stickers, with text and images imprinted on the goods

17  that have been provided by the Cafépress.com Partners.

18      12. On good faith and belief, representations are made to

19  the Cafépress.com Partners that they can earn upwards of $

20  100,000 per year by having an on-line shop.  A portion of the

21  revenue that is generated by Cafépress.com is allocated between

22  Cafépress.com and the Cafépress.com Partners.

23      13. CaféPress.com, Inc. has access to copyrighted material

24  by virtue of their Cafépress.com Partners who supply such

25  material to CaféPress.com, Inc. as part of their joint venture

26  to sell goods on the Cafépress.com website.

27      14. In early 2008, Ms. Gibson became aware that the goods

28  manufactured by CaféPress.com, Inc. were being sold that

COMPLAINT FOR COPYRIGHT INFRINGEMENT

- 3-

1  reproduced, almost verbatim the text and images from the

2  *Latawyna Book*, onto certain CaféPress.com, Inc. novelty products

3  (hereinafter "*Latawyna Goods*"). CaféPress.com, Inc. identified

4  the *Latawyna Goods* by the product numbers as:

5       A) Baby Bibs - 135398314

6       B) Toddlers T Shirt - 135394930

7       C) Maternity Top - 135394938

8       D) Regular T-Shirts - 135396995

9       E) Junior Hoodies - 135398873

10      F) Women Track Suit - 135398874

11      G) T-Shirt - 135392296

12      H) Kids Baseball Jersey - 135394931

13     15. CaféPress.com, Inc. organized, distributed, and

14 coordinated the sale of *Latawyna Goods* through the

15 CaféPress.com, Inc. on-line shop located at

16 *https://www.cafepress.com/latawnya*.   (See Exhibit 3).

17     16. The *Latawnya Goods* are imprinted with text and images

18 that are substantially similar and/or identical to the

19 copyrighted material in the *Latawnya Book*.

20     17. The *Latawnya Goods* are being commercially sold by

21 Defendant without the express or implied permission of the

22 Plaintiff. Therefore, Defendant's sale of the Latawnya Goods has

23 infringed the copyright of Plaintiff and Defendant continued to

24 infringe the copyright.

25     18. By reason of the foregoing, Plaintiff has been injured

26 in an amount as yet to be ascertained, including, but not

27 limited to profits from the sale of the infringing goods by

28 CaféPress.com, Inc. from their on-line store.  Defendant's have

COMPLAINT FOR COPYRIGHT INFRINGEMENT

willfully infringed and enabled others to willfully infringe Ms. Gibson's exclusive rights in the *Latawnya Book*.

Count II - Unfair Competition and False Advertising

19. Paragraphs 1 to 18 are incorporated herein by reference.

20. This claim arises under the common law of this state relating to trademark infringement and unfair competition.

21. Plaintiff is the owner of all right title and interest in the mark "*Latawyna*" mark in connection with the graphical "Naughty Horse" and other characters set forth in the preceding paragraphs.

22. Defendant, in connection with the sale of the *Latawyna Goods* is a false and deceptive business practice. Such conduct is likely to create consumer confusion and mistake in the minds of trade and the purchasing public as to the source of the products and to cause purchasers to believe that such products are authentic products of Plaintiff when, in fact, they are not.

23. Defendant is also trading upon the reputation and goodwill attributed to the *Latawyna* mark and impairing Plaintiff's exploitation of the *Latawyna* mark. Defendant has acted fraudulently and in bad faith and in conscious disregard of Plaintiff's rights and entitled to exemplary and punitive damages in an amount sufficient to punish and deter the Defendant.

//

//

//

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendants jointly and severally as follows:

1. For actual damages according to proof.

2. For punitive damages as this Court will see fit.

3. For reasonable attorney fees.

4. For costs of suit as allowable by law.

5. For statutory damages as allowable by law.

6. For preliminary and permanent injunction enjoining defendant and its agents, servants, employees, and all persons acting under, in concert with, or for it to publish any words or images from the book "Latawnya the Naughty Horse learns to say no to drugs" on any intangible or tangible products.

7. For such other relief as the Court deems just and proper.

Dated:  March 31, 2009

_John Bargero_

John E. Bargero, Attorney for the Plaintiff

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

_John Bargero_

John E. Bargero, Attorney for the Plaintiff

Dated: March 31, 2009

COMPLAINT FOR COPYRIGHT INFRINGEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1

Book

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# LATAWNYA,
## the Naughty Horse,
## Learns to Say
## "No" to Drugs



## Sylvia Scott Gibson

EXHIBIT 2


Copyright Registration *TX 393-842*

FORM TX

II 3    227 927

☐ CORRESPONDENCE
   Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes, why is another registration being sought? Check appropriate box. ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**—space deleted—**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
VANTAGE PRESS, INC
516 WEST 34TH ST
NEW YORK, NY  10001
Area Code & Telephone Number ▶  212 736-1767

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  SYLVIA SCOTT GIBSON
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
HELEN T. LANE                              date ▶  7/1/91

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

Name ▼
VANTAGE PRESS, INC

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number ▼
516 WEST 34TH ST

City/State/ZIP ▼
NEW YORK, NY  10001

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1991

EXHIBIT 3

Cafepress.com Website

Latawnya - CafePress.com

https://www.cafepress.com/lataw



Your Account Sign In Cart 1 item Help

- **T-SHIRTS & CLOTHING**
  - Men
  - Women
  - Juniors
  - Kids & Baby
  - Hats & Bags
- **HOME & GIFTS**
  - Mugs & Drinkware
  - Home Decor
  - Apron
  - Pets
- **CARDS & STATIONERY**
  - Greeting Cards
  - Calendars
  - Journals
- **ART & POSTERS**
  - Posters
  - Framed Prints
- **SIGNS & FUN STUFF**
  - Signs
  - Stickers
  - Buttons
  - Magnets
  - More Fun Stuff
- **BOOKS & CDs**
  - Books
  - CDs
- **ALL**

- Start Selling
- Make Your Own Stuff
- Community

Unique gifts, T-Shirts and more

**Search All Departments:**

Home > Marketplace >

**SHOP CATEGORIES**
- Shirts (short)
- Apparel
- Shirts (long)
- Hats
- Kids Clothing
- Kids Clothing
- Shirts (long)
- Shirts (short)

**Get your own free online store today**

**Subscribe to this shop's newsletter**
Sign up and receive news and specials.



So "No Way" to drinking and smoking drugs by wearing Latawnya fashion wear.

# Apparel

Back to Top





MORE COLORS AVAILABLE
Latawnya Women's Tracksuit
$62.99

MORE COLORS AVAILABLE
Latawnya T-Shirt: front and back
$18.99

MORE COLORS AVAILABLE
Latawnya Maternity T-Shirt
$27.99




Latawnya T-Shirt: front and back
$18.99

Latawnya Jr. Hoodie
$28.99

## Baby

Back to Top





MORE COLORS AVAILABLE
Latawnya Kids Baseball Jersey
$17.99

MORE COLORS AVAILABLE
Latawnya Infant/Toddler T-Shirt
$12.99

Latawnya Bib
$6.99

Customer Service | About Us | Jobs | Sitemap | Affiliate Program | Gift Certificates | Blog

All Content Copyright © 1999-2008 CafePress.com.
All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer




HACKER SAFE
TESTED DAILY   21-JUL