IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT GIBSON, <br><br> Plaintiff, <br><br> v. <br><br> CAFEPRESS.COM, INC., <br><br> Defendant. | Case No.: CV- 09-1410 (WDB) <br><br><br> Honorable Wayne D. Brazil |

## STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT

Pursuant to Civil L.R. 6-1(a), plaintiff Sylvia Scott Gibson and defendant CafePress.com, Inc. ("CafePress") hereby stipulate and agree that the time in which CafePress shall move against, answer or otherwise respond to the Complaint shall be extended through and including June 6, 2009. This is the first extension of the parties and does not alter any other deadlines already fixed by the Court.

**IT IS SO STIPULATED**:

Dated: April 27, 2009

| | |
|---|---|
| /s/   Candice Carr <br> CAFEPRESS.COM, INC. <br> 1850 Gateway Drive, Suite 300 <br> San Mateo, California 94404 <br> *Defendant* | *John Bargero* (signature) <br> John E. Bargero <br> P.O. Box 471857 <br> San Francisco, CA 94123 <br> Tel.: 415-474-9488 <br> Fax: 415-474-1806 <br> Email: john@thelawyersadvocate.com <br> *Attorney for Plaintiff* |

Dated: 4/28/2009

**IT IS SO ORDERED**
/s/ Wayne D. Brazil
Judge Wayne D. Brazil

STIPULATION AND ORDER FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT - CV- 09-1410 (WDB)