IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT GIBSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAFEPRESS.COM, INC.,<br><br>　　　　Defendant. | Case No.: CV- 09-1410 (WDB)<br><br><br>Honorable Wayne D. Brazil |

## SECOND STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT

Pursuant to Civil L.R. 6-1(a), plaintiff Sylvia Scott Gibson and defendant CafePress.com, Inc. ("CafePress") hereby stipulate and agree that the time in which CafePress shall move against, answer or otherwise respond to the Complaint shall be extended through and including June 30, 2009. This is the second extension of the parties and does not alter any other deadlines already fixed by the Court.

**IT IS SO STIPULATED**:

**Dated**: May 26, 2009

| | |
|---|---|
| _/s/___Candice Carr_____<br>CAFEPRESS.COM, INC.<br>1850 Gateway Drive, Suite 300<br>San Mateo, California 94404<br>*Defendant* | *John Bargero*<br>John E. Bargero<br>P.O. Box 471857<br>San Francisco, CA 94123<br>Tel.: 415-474-0488<br>Fax: 415-474-1806<br>Email: john@theinventorsad...<br>*Attorney for Pl...* |

Pursuant to stipulation, IT IS SO ORDERED.

Dated:　　5/27/2009

　　　　　　　　　　　　　　　　　　*IT IS SO ORDERED*
　　　　　　　　　　　　　　　　　　*Wayne D. Brazil*
　　　　　　　　　　　　　　　　　　Judge Wayne D. Brazil
　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT - CV- 09-1410 (WDB)