Manatt, Phelps & Phillips, LLP
Jill M. Pietrini, Esq. (Bar No. 138335)
  E-mail: jpietrini@manatt.com
Paul Bost, Esq. (Bar No. 261531)
  E-mail: pbost@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
CAFEPRESS.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SYLVIA SCOTT GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>CAFEPRESS.COM, INC.,<br><br>Defendant. | Case No. CV-09-1410 (WDB)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
|---|---|

The Court, having considered the parties' Stipulation to Extend Initial Case Management Conference and ADR Deadlines, and good cause having been shown therefore.

IT IS ORDERED THAT the Initial Case Management, ADR Deadlines and related dates are hereby extended as follows:

| **Event** | **Old Date** | **New Date** |
|---|---|---|
| Last day to hold FRCP 26(f) and L.R. 3-5 Meet and Confer | June 22, 2009 | August 10, 2009 |
| Last day to File ADR Certification | June 22, 2009 | August 10, 2009 |
| Last day to File Stipulation to ADR Process or Notice of Need for ADR Phone Conference | June 22, 2009 | August 10, 2009 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and | July 6, 2009 | August 24, 2009 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

| Event | Old Date | New Date |
|---|---|---|
| File Case Management Statement | | |
| Initial Case Management Conference | July 13, 2009 | September 8, 2009 |

The Initial Case Management Conference is continued to 9/8/2009, 1:30 p.m. Parties must file joint case management statement by 8/31/2009. Parties must file consent or declination to Magistrate Judge jurisdiction by 6/30/2009.

IT IS SO ORDERED.

Dated: 6/15/2009

Hon. Wayne D. Brazil
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED

*Wayne D. Brazil*
Judge Wayne D. Brazil

41402478.1