John E. Bargero (SBN 236539)
P.O. Box 471857
San Francisco, CA 94123
Tel.: 415-474-9488
Fax: 415-474-1806
Email: john@theinventorsadvocate.com

**Attorney for Plaintiff,**
SYLVIA SCOTT GIBSON

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>CAFEPRESS.COM, INC.,<br><br>Defendant. | Case No.: CV- 09-1410 (CRB)<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT CAFEPRESS.COM, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed, by and between the plaintiff and defendant CafePress.com, Inc. ("CafePress"), through their respective counsel of record, that between them they have reached a settlement resolving all claims at issue in this case and that all claims for relief alleged herein against CafePress be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

DATED: July 31, 2009                By: *John Bargero*
                                    John E. Bargero (SBN 236539)
                                    P.O. Box 471857
                                    San Francisco, CA 94123
                                    Tel.: 415-474-9488

1
2
3
4
5
6  DATED:  Aug 3, 2009
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax: 415-474-1806
Email: john@theinventorsadvocate.com

Attorney for Plaintiff,
SYLVIA SCOTT GIBSON


MANATT, PHELPS & PHILLIPS, LLP


By: _____
Barry Mallen, Esq. (SBN 120005)
Email: bmallen@manatt.com
Jill M. Pietrini, Esq. (SBN 138335)
Email: jpietrini@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile:  (310) 312-4224


Attorneys for Defendant,
CAFEPRESS.COM, INC.



IT IS SO ORDERED
Judge Charles R. Breyer
08/04/09

STIPULATION FOR DISMISSAL OF CLAIMS
United States District Court, Northern District of California, CV-09-1410 (CRB)

2